UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re                              )
                                   )
ELIZABETH WIEGAND                  )     Case No. 12-32324
                                   )     Chapter 13/dlh
                                   )
        Debtor(s)                  )

## O R D E R

At South Bend, Indiana, on   December 5, 2013.

The debtor has filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case,

and it appears that the case has not been converted previously under 11 U.S.C. § 706,  § 1112, or  § 1208.

IT IS ORDERED THAT:

1.  This chapter 13 case is dismissed.  The automatic stay on creditor actions against the debtor and the debtor's property is removed pursuant to 11 U.S.C. § 362(c)(2)(B).

2.  Any wage deduction order which may be in force is terminated, effective with the date of this order.

3.  Any entity wishing to file a request for payment of an administrative expense under 11 U.S.C. § 503(b) shall file the request within 14 days from the date of this order.

4.  The chapter 13 trustee shall disburse all funds on hand in accordance with 11 U.S.C. § 1326(a)(2) and file a chapter 13 final report and account as soon as practicable.

5.  Upon receipt of the trustee's final report and account and after (a) the expiration of the 30-day objection to final report deadline or (b) the entry of an order resolving any timely objection to the final report, whichever is longer, the trustee will be discharged and relieved of her trust and the surety on the trustee's bond will be released from further liability thereunder in this estate, except any liability which may have accrued during the time the bond was in effect as to this estate, without further notice, hearing, or order.

6.  The Clerk shall serve a copy of this order on all creditors and parties in interest.

HARRY C. DEES, JR.
JUDGE, UNITED STATES BANKRUPTCY COURT